Case 2:15-cv-01166-GMN-NJK   Document 1   Filed 06/19/15   Page 1 of 4

1  JOSH COLE AICKLEN, ESQ.
   Nevada Bar No. 007254
2  E-Mail: Josh.Aicklen@lewisbrisbois.com
   DAVID B. AVAKIAN, ESQ.
3  Nevada Bar No. 009502
   E-Mail: David.Avakian@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendants
7  TRUMP LAS VEGAS CORP; TRUMP
   INTERNATIONAL HOTEL & TOWER LAS
8  VEGAS UNIT OWNERS ASSOCIATION;
   TRUMP RUFFIN TOWER I, LLC AND
9  TRUMP RUFFIN COMMERCIAL, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| AISHA COOKS-PUTNAM, individually, | Case No. |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL OF ACTION (DIVERSITY)** |
| TRUMP LAS VEGAS CORP., a Nevada corporation d/b/a Trump International Hotel & Tower Las Vegas; TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS UNIT OWNERS ASSOCIATION, a Nevada non-profit corporation; TRUMP RUFFIN TOWER I, LLC, a Delaware LLC d/b/a Trump International Hotel & Tower Las Vegas; TRUMP RUFFIN COMMERCIAL, LLC a Delaware LLC d/b/a Trump International Hotel & Tower Las Vegas; OTIS ELEVATOR COMPANY, a New Jersey corporation; DOES I though XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

4848-5309-0853.1

## NOTICE OF REMOVAL OF ACTION (DIVERSITY)

COMES NOW, Defendant TRUMP RUFFIN TOWERS I, LLC, erroneously sued herein as TRUMP LAS VEGAS CORP; TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS UNIT OWNERS ASSOCIATION and TRUMP RUFFIN COMMERCIAL, LLC (hereinafter referred to as "Defendants"), by and through their counsel of record, Josh Cole Aicklen, Esq., and David B. Avakian Esq., of LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby removes to this Federal Court the State Court action described below, and in support states as follows:

1. On May 15, 2015, an action was commenced in the Eighth Judicial District Court, Clark County, Nevada, entitled *AISHA COOKS-PUTNAM vs. TRUMP LAS VEGAS CORP., et al.* Case No. A-15-718473-C (A copy of the Complaint and Summons in this state court action is attached hereto as **Exhibit "A."**)

2. The Summons and Complaint was served on Defendants by personal service to Defendant's resident agent on May 29, 2015.

3. This notice is filed timely pursuant to 28 U.S.C. section 1446(b). Thirty days have not elapsed since the case became removable.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, as there is complete diversity between the parties and I am informed and believe that more than $75,000 is in controversy, exclusive of interest and costs. Accordingly, pursuant to 28 U.S.C section 1441, Defendant is entitled to remove this action to this court.

5. This case arises out of an alleged elevator incident occurring at Defendant's premises. Plaintiff now seeks money damages, and I am informed and believe that Plaintiff seek to recover in excess of $75,000, exclusive of interest and costs.

6. Plaintiff is, and during all relevant times was, a resident of the State of the Illinois. Defendant TRUMP RUFFIN TOWER I, LLC is, and was at the time this action commenced, a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the State of Delaware. Accordingly, there


LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

is now, and there was at the time of the commencement of this action, complete diversity between Plaintiff and Defendant.  OTIS is and at all relevant times was a corporation organized and existing under the laws of the State of New Jersey.

7.  The action in the state court was not commenced more than one year before the date of this removal.

8.  A true and correct copy of this Notice of Removal will be filed with the Clerk for the Eighth Judicial District Court, Clark County, Nevada.

9.  There are no other known Defendants who did not join in the removal of this action.

Based on the foregoing, Defendant removes this action, which is currently pending in the Eighth Judicial District Court, Clark County, Nevada as Case No. A-115-718473-C to Federal Court.

DATED this 19th day of June, 2015

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ David B. Avakian
JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 007254
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants
TRUMP LAS VEGAS CORP; TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS UNIT OWNERS ASSOCIATION; TRUMP RUFFIN TOWER I, LLC AND TRUMP RUFFIN COMMERCIAL, LLC

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to NRCP 5(b), A.O. 14-2 and N.E.F.C.R. 9, I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 19th day of June, 2015, I did cause a true and correct copy of **NOTICE OF REMOVAL OF ACTION (DIVERSITY)** to be served by electronic service with the Eighth Judicial District Court Wiznet filing system to the parties on the Electronic Service List addressed as follows:

Lawrence J. Smith, Esq.
BENSON, BERTOLDO, BAKER & CARTER
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: 702-228-2600
Facsimile: 702-228-2333
lawre3@bensonlawyers.com
susanf@bensonlawyers.com
Attorneys for Plaintiff
AISHA COOKS-PUTNAM

Rebecca L. Mastrangelo, Esq.
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
300 S. Fourth Street, Ste. 710
Las Vegas, NV 89101
Telephone:  702-383-3400
Facsimile:  702-384-1460
rmastrangelo@rmcmlaw.com
Attorney for Defendant
OTIS ELEVATOR COMPANY

By  /s/ Susan Kingsbury
an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4848-5309-0853.1                                4