# EXHIBIT A

4845-3057-6394.1

Electronically Filed
05/15/2015 02:41:15 PM

*[signature]*
**CLERK OF THE COURT**

1  **COMP**
LAWRENCE J. SMITH (NSB 6505)
2  BENSON, BERTOLDO, BAKER & CARTER
7408 W. Sahara Avenue
3  Las Vegas, Nevada 89117
Telephone  :  (702) 228-2600
4  Facsimile  :  (702) 228-2333
E-mail      :  lawre3@bensonlawyers.com
5  Attorneys for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

* * *

| | |
|---|---|
| AISHA COOKS-PUTNAM, individually, | CASE NO. A-15-718473-C |
| Plaintiff, | DEPT NO. VIII |
| vs. | |
| TRUMP LAS VEGAS CORP., a Nevada corporation d/b/a Trump International Hotel & Tower Las Vegas; TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS UNIT OWNERS ASSOCIATION., a Nevada non-profit corporation; TRUMP RUFFIN TOWER I, LLC, a Delaware LLC d/b/a Trump International Hotel & Tower Las Vegas; TRUMP RUFFIN COMMERCIAL, LLC, a Delaware LLC d/b/a Trump International Hotel & Tower Las Vegas; OTIS ELEVATOR COMPANY, a New Jersey corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, | **COMPLAINT** |
| Defendants | |

Plaintiff, AISHA COOKS-PUTNAM, by and through her counsel of record, LAWRENCE J. SMITH of BENSON, BERTOLDO, BAKER & CARTER, CHTD. for her claims of relief against the Defendants, and each of them, alleges and complains as follows:

I.

Plaintiff AISHA COOKS-PUTNAM was at all relevant times herein mentioned a resident of the State of Illinois.

BENSON BERTOLDO BAKER & CARTER, CHTD.
7408 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
(702) 228-2600 FAX (702) 228-2333

## II.

On information and belief, it is alleged that at all relevant times herein mentioned, Defendants TRUMP LAS VEGAS CORP., TRUMP RUFFIN COMMERCIAL, LLC, TRUMP RUFFIN TOWER I, LLC, and TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS UNIT OWNERS' ASSOCIATION (hereinafter referred to as "TRUMP"), are all business entities regularly doing business in the State of Nevada.

## III.

On information and belief, it is alleged that at all relevant times herein mentioned, Defendant OTIS ELEVATOR COMPANY (hereinafter referred to as "OTIS"), was a business entity regularly conducting business in the State of Nevada.

## IV.

The true names and capacities of Defendants ROE BUSINESS ENTITIES I through XX, inclusive, and DOES I through XX, inclusive are unknown to Plaintiff, who, therefore, sues Defendants by these fictitious names. Defendants designated as DOES I through XX and/or ROE BUSINESS ENTITIES I through XX are owners, managers, agents, employees, assigns, contractors or subcontractors of TRUMP and/or OTIS, or individuals otherwise within possession and/or control of the business and premises herein alleged or otherwise responsible for the design, manufacture, installation, distribution, inspection and/or maintenance of the elevators at the TRUMP INTERNATIONAL HOTEL & TOWER. Plaintiff is informed, believes and thereon alleges that each of the Defendants designated as a ROE BUSINESS ENTITY or a DOE is in some manner negligently, vicariously, strictly, contractually and/or statutorily responsible for the manufacture, distribution, installation, maintenance and upkeep of the aforementioned elevators and their negligence, the failure to inspect and maintain the property's elevators in safe working condition, their design, distribution and manufacture of a defective product directly leading to the events and happenings referred to herein and causing damages directly and proximately to Plaintiff as herein alleged. Plaintiff will ask leave of the

Court to amend her Complaint to insert the true names of such Defendants when the same have been ascertained.

V.

At all times pertinent hereto, and particularly on or about May 17, 2013, Defendants TRUMP and/or OTIS owned, occupied and maintained a business and premises commonly known as TRUMP INTERNATIONAL HOTEL & TOWER at 2000 N. Fashion Show Drive, Las Vegas, Nevada.

VI.

On information and belief, it is alleged that at all relevant times herein mentioned, Defendants TRUMP and/or OTIS and/or ROE/DOE, and each of them, had a duty to maintain the elevators at the business and premises commonly known as TRUMP TOWERS.

VII.

On or about May 17, 2013, Plaintiff AISHA COOKS-PUTNAM was on said premises commonly known as TRUMP INTERNATIONAL HOTEL & TOWER as a business invitee.

VIII.

At such time and place, Defendants TRUMP and/or OTIS and/or ROE/DOE Defendants, and/or their owners, agents, employees or assigns, and each of them, negligently, carelessly and recklessly cared for said premises by manufacturing and/or distributing and/or installing a defective elevator, failing to maintain the premises in a safe and reasonable condition, permitting a hazardous condition to exist upon the property in a known traffic area for patrons, in particular allowing the elevators to operate in such a manner as to allow said elevator to drop rapidly over 50 feet before coming to an abrupt halt, a condition that Defendants knew or should have known was inherently and unreasonably dangerous to these persons, and in particular, Plaintiff.

IX.

At such time and place, Defendants TRUMP and/or OTIS, and/or, ROE/DOE Defendants, and/or their owners, agents, employers, assigns or other, and each of them, failed to

BENSON BERTOLDO BAKER & CARTER, CHTD.
7408 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
(702) 228-2600  FAX (702) 228-2333

timely inspect for the existence of the hazard, and/or allowed the creation of, the elevator's overly dangerous and unsafe condition, and these Defendants had actual or constructive notice of its existence.

X.

At such time and place, Plaintiff had no knowledge of the latently dangerous and unsafe condition existing on Defendant's business and premises, and in particular, the propensity for the elevators to act in an unsafe and dangerous manner upon the business and premises, nor were any warnings of said hazard posted to make individuals, including the Plaintiff, aware of said hazard.

XI.

The failure of Defendants TRUMP and/or OTIS, and/or ROE/DOE Defendants, and/or their owners, agents, employees, assigns or other, and each of them, to correct, inspect, remove or warn persons of the aforesaid dangerous and unsafe condition, or give adequate warning of the foreseeable risk of harm posed thereby, was a breach of the duty of reasonable care owed by the Defendants under the circumstances to foreseeable persons who entered the premises, and in particular, to Plaintiff.

XII.

As a direct and proximate result of Defendants TRUMP and/or OTIS, and/or, ROE/DOE Defendants, and/or its owners, agents, employees or assigns, and each of them, breached their duty of reasonable care owed to Plaintiff through their negligence, carelessness and recklessness, the elevator which Plaintiff was using fell rapidly before stopping abruptly, trapping Plaintiff within said elevator for several hours, causing Plaintiff personal injuries and emotional distress.

XIII.

As a direct and proximate result of the aforesaid breach of the duty of reasonable care through their negligence, carelessness and recklessness by Defendants TRUMP and/or OTIS, and/or ROE/DOE Defendants, and/or their owners, agents, employees or assigns, and each of

Page 4 of 6

them, Plaintiff was injured in her health, strength and activity, sustaining shock and injury to her body, nervous system and person, all of which have caused, and will continue to cause, the Plaintiff physical, mental and nervous pain and suffering and loss of enjoyment of life.

XIV.

On information and belief it is alleged that Defendant OTIS and/or ROE/DOE Defendants, and/or their owners, agents, employees or assigns, and each of them, designed, manufactured and/or distributed said elevator system which was installed in TRUMP INTERNATIONAL HOTEL & TOWER.

XV.

It is alleged that said elevator system designed, manufactured and/or distributed to TRUMP INTERNATIONAL HOTEL & TOWER was defective in its design as the elevator did not operate in such a manner as to be expected by a reasonable consumer, to wit, falling numerous floors at a high rate of speed and abruptly stopping, and said design defect existed at the time the product was distributed to TRUMP INTERNATIONAL HOTEL & TOWER.

XVI.

It is alleged that said elevator system designed, manufactured and/or distributed to TRUMP INTERNATIONAL HOTEL & TOWER was defective in its manufacture as the elevator did not operate in such a manner as to be expected by a reasonable consumer, to wit, falling numerous floors at a high rate of speed and abruptly stopping, and said manufacturing defect existed at the time the product was distributed to TRUMP INTERNATIONAL HOTEL & TOWER.

XVII.

It is alleged said elevator system designed, manufactured and/or distributed to the TRUMP INTERNATIONAL HOTEL & TOWER was defective as the elevator did not operate in such a manner as to be expected by a reasonable consumer, to wit, falling numerous floors at a high rate of speed and abruptly stopping, that no warnings were given to the Plaintiff relative to

this hazard, and that said defect, including a lack of warnings, existed at the time the product was distributed to TRUMP INTERNATIONAL HOTEL & TOWER.

### XVIII.

As a direct and proximate result of the design, manufacture and distribution of said defective product OTIS, and/or ROE/DOE Defendants, and/or their owners, agents, employees or assigns, and each of them, Plaintiff has incurred and continues to incur medical expenses, loss of income, possible future medical expenses and economic losses, and loss of enjoyment of life, all to Plaintiff's general damages in an amount in excess of TEN THOUSAND DOLLARS ($10,000).

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

1. For general damages and loss in an amount in excess of TEN THOUSAND DOLLARS ($10,000.00);

2. For special damages in an amount to be determined at time of trial;

3. For loss of income in an amount as yet undetermined;

4. For reasonable attorneys fees, pre- and post-judgment interest, and costs of suit; and

5. For such other and further relief as the Court may deem just and proper.

DATED: May 15, 2015          BENSON, BERTOLDO, BAKER & CARTER

By: _____
LAWRENCE J. SMITH (NSB 6505)
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone   : (702) 228-2600
Facsimile   : (702) 228-2333
e-mail      : lawre3@bensonlawyers.com
Attorneys for Plaintiff

**IAFD**
LAWRENCE J. SMITH (NSB 6505)
BENSON, BERTOLDO, BAKER & CARTER
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone  :  (702) 228-2600
Facsimile   :  (702) 228-2333
E-mail       :  lawre3@bensonlawyers.com
Attorneys for Plaintiff

## DISTRICT COURT

## CLARK COUNTY, NEVADA

\* \* \*

| | |
|---|---|
| AISHA COOKS-PUTNAM, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP LAS VEGAS CORP., a Nevada corporation d/b/a Trump International Hotel & Tower Las Vegas; TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS UNIT OWNERS ASSOCIATION., et al.<br><br>Defendants | CASE NO.<br>DEPT NO.<br><br><br><br>**INITIAL APPEARANCE<br>FEE DISCLOSURE** |

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in this matter as indicated below:

AISHA COOKS-PUTNAM              $270.00

**TOTAL REMITTED:**                      $270.00

DATED: May 15, 2015            BENSON, BERTOLDO, BAKER & CARTER

By: _____
LAWRENCE J. SMITH (NSB 6505)
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone  :  (702) 228-2600
Facsimile   :  (702) 228-2333
e-mail       :  lawre3@bensonlawyers.com
Attorneys for Plaintiff

Page 1 of 1

SUMM

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| AISHA COOKS-PUTNAM, individually, Plaintiff, vs. TRUMP LAS VEGAS CORP., et al. Defendants | CASE NO. A-15-718473-C DEPT NO. VIII |

### SUMMONS

NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

**TRUMP RUFFIN TOWER I LLC**
c/o National Registered Agents, Inc. of NV, Resident Agent
**311 S. Division Street**
**Carson City, NV 89703**
(or at most current address)

**TO THE DEFENDANT(S):** A civil complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following: (a) file with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee; and (b) Serve a copy of your response upon the attorney whose name and address is shown below. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. If you intend to see the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislatures each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

BENSON BERTOLDO BAKER & CARTER

LAWRENCE J. SMITH
Nevada Bar No. 6505
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 228-2600

CLERK OF COURT

By: KADIRA BECKOM
Deputy Clerk    DATE
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

**NOTE:** When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).

| Attorney or Party without Attorney: <br> LAWRENCE J. SMITH NBN 6505 <br> BENSON, BERTOLDO, BAKER & CARTER, CHTD. <br> 7408 WEST SAHARA AVENUE <br> LAS VEGAS, NV 89117 <br> Telephone No: 702-228-2600  FAX No: 702-228-2333 <br> Attorney for: Plaintiff | | | Ref. No. or File No.: | For Court Use Only <br><br> Electronically Filed <br> 06/03/2015 10:49:50 AM <br><br> *(signature)* <br><br> **CLERK OF THE COURT** |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY, NEVADA | | | | |
| Plaintiff: AISHA COOKS-PUTNAM <br> Defendant: TRUMP LAS VEGAS CORP. | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> A-15-718473-C |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served:  TRUMP RUFFIN TOWER I LLC
   b. Person served:  LINDA ROBERTSON, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4. Address where the party was served:  NATIONAL REGISTERED AGENTS, INC. OF NV
   311 S. DIVISION ST.
   CARSON CITY, NV 89703

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., May. 29, 2015 (2) at: 1:15PM

7. Person Who Served Papers:
   a. TONI L. RUCKMAN (R-052005)
   b. **FIRST LEGAL INVESTIGATIONS**
   NEVADA PI/PS LICENSE 1452
   704 S. 6TH STREET
   LAS VEGAS, NV 89101
   c. (702) 671-4002

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

   June 1 5     *(signature)* Toni L. Ruckman
   *(Date)*                 *(Signature)*

> DAWN E. REILLY
> NOTARY PUBLIC
> STATE OF NEVADA
> My Commission Expires: 05-01-16
> Certificate No: 08-6402-1

8. STATE OF NEVADA, COUNTY OF Clark
Subscribed and sworn to (or affirmed) before me on this ___1___ day of _June 15_ by TONI L. RUCKMAN (R-0520
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Mon, Jun. 01, 2015                AFFIDAVIT OF SERVICE                (Notary Signature)
                                                                      8759600 .benson.705084

SUMM

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| AISHA COOKS-PUTNAM, individually, Plaintiff, vs. TRUMP LAS VEGAS CORP., et al. Defendants | CASE NO. A-15-718473-C DEPT NO. VIII |

## SUMMONS

NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

**TRUMP LAS VEGAS CORP.**
c/o National Registered Agents, Inc. of NV, Resident Agent
311 S. Division Street
Carson City, NV 89703
(or at most current address)

**TO THE DEFENDANT(S):** A civil complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following: (a) file with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee; and (b) Serve a copy of your response upon the attorney whose name and address is shown below. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. If you intend to see the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislatures each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

BENSON BERTOLDO BAKER & CARTER

_____  4522
LAWRENCE J. SMITH
Nevada Bar No. 6505
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 228-2600

CLERK OF COURT

By: _____  KADIRA BECKOM
Deputy Clerk                  MAY 26 2015 DATE
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

**NOTE: When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).**

| Attorney or Party without Attorney:<br>LAWRENCE J. SMITH NBN 6505<br>BENSON, BERTOLDO, BAKER & CARTER, CHTD.<br>7408 WEST SAHARA AVENUE<br>LAS VEGAS, NV 89117<br>Telephone No: 702-228-2600   FAX No: 702-228-2333<br><br>Ref. No. or File No.:<br><br>Attorney for: Plaintiff | For Court Use Only<br><br>Electronically Filed<br>06/03/2015 09:42:27 AM<br><br>[signature]<br>CLERK OF THE COURT |
|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY, NEVADA |
|---|
| Plaintiff: AISHA COOKS-PUTNAM |
| Defendant: TRUMP LAS VEGAS CORP. |

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>A-15-718473-C |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. *Party served:* TRUMP LAS VEGAS CORP.
   b. *Person served:* LINDA ROBERTSON, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4. *Address where the party was served:* NATIONAL REGISTERED AGENTS, INC. OF NV
   311 S. DIVISION ST.
   CARSON CITY, NV 89703

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., May. 29, 2015 (2) at: 1:15PM

7. *Person Who Served Papers:*
   a. TONI L. RUCKMAN (R-052005)
   b. FIRST LEGAL INVESTIGATIONS
   NEVADA PI/PS LICENSE 1452
   704 S. 6TH STREET
   LAS VEGAS, NV 89101
   c. (702) 671-4002

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

   June 15 (Date)   [signature] (Signature)

DAWN E. REILLY
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 05-01-16
Certificate No: 08-8402-1

8. STATE OF NEVADA, COUNTY OF Clark
   Subscribed and sworn to (or affirmed) before me on this __1__ day of __June 15__ by TONI L. RUCKMAN (R-0520
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)

Mon, Jun. 01, 2015                    AFFIDAVIT OF SERVICE                    8759600 .benson.705084