# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AISHA COOKS-PUTNAM, | Case No. 2:15-cv-01166-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| TRUMP LAS VEGAS CORP., et al., | |
| Defendant(s). | |

Pending before the Court is a motion to stay discovery and a proposed discovery plan. Docket Nos. 19, 20. The Court hereby **SETS** a telephonic scheduling conference for 3:30 p.m. on August 20, 2015. Counsel shall appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: August 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge