1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| AISHA COOKS-PUTNAM, | ) | Case No. 2:15-cv-01166-GMN-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| TRUMP LAS VEGAS CORP., et al., | ) | (Docket No. 19) |
| Defendant(s). | ) | |

Pending before the Court is a motion to stay discovery.  Docket No. 19. The Court hereby ORDERS that responses must be filed no later than August 25, 2015, and any reply must be filed no later than August 27, 2015.

IT IS SO ORDERED.

DATED: August 21, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge