# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AISHA COOKS-PUTNAM,<br><br>               Plaintiff(s),<br><br>vs.<br><br>TRUMP LAS VEGAS CORP, et al.,<br><br>               Defendant(s). | Case No. 2:15-cv-01166-GMN-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 32) |

Pending before the Court is Plaintiff's counsel's motion to withdraw. Docket No. 32. The Court hereby **SETS** a hearing on the motion for 3:00 p.m. on December 2, 2015, in Courtroom 3D. Plaintiff and Plaintiff's current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than November 18, 2015, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than November 25, 2015.

IT IS SO ORDERED.

DATED: November 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge