UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AISHA COOKS-PUTNAM, <br>            Plaintiff(s), <br> vs. <br> TRUMP LAS VEGAS CORP, et al., <br>            Defendant(s). | Case No. 2:15-cv-01166-GMN-NJK <br><br> ORDER GRANTING MOTION TO WITHDRAW <br><br> (Docket No. 32) |

      Pending before the Court is Plaintiff's counsel's motion to withdraw. Docket No. 32. The motion came on for hearing on December 2, 2015.

      As an initial matter, Plaintiff did not appear at the hearing as ordered because Plaintiff's counsel did not serve her with a copy of the Court's order. It appears that Plaintiff's counsel does not understand the procedures of this Court. When the Court issues an order, the CM/ECF system generates an electronic notice providing the docket text of that order along with a link to a PDF file of the entire order. The emailed notice does not constitute a court order, but instead provides only a very brief summary of the order. Attorneys, not their staff, are responsible for reading the orders in their entirety, and should not rely solely on the text that is included in the electronic notice. The Court hereby **ADMONISHES** Plaintiff's counsel. The Court urges him to (1) become familiar with the basic procedures of the Court to the extent he continues to practice here and (2) personally review all orders in their entirety.

1    With respect to the motion to withdraw itself, it is hereby **GRANTED**. No later than January 4, 2016, Plaintiff shall file either a notice of appearance by newly-retained counsel or a notice that she intends to proceed in this matter *pro se*. **Plaintiff's counsel shall serve a copy of this order on Plaintiff and shall file a proof of service no later than December 7, 2015.**

Lastly, the Clerk's Office is **INSTRUCTED** to update the docket to reflect Plaintiff's last known address as follows:

>    4632 N. Kenmore Ave., Unit 1
>
>    Chicago, IL 60640

IT IS SO ORDERED.

DATED:   December 3, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge