# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AISHA COOKS-PUTNAM,<br><br>             Plaintiff(s),<br><br>vs.<br><br>TRUMP LAS VEGAS CORP, et al.,<br><br>             Defendant(s). | Case No. 2:15-cv-01166-GMN-NJK<br><br>ORDER |

On December 3, 2015, the Court ordered Plaintiff to file either a notice of appearance by newly-retained counsel or a notice that she intends to proceed in this matter *pro se*. Docket No. 36 at 2. Plaintiff was required to comply no later than January 4, 2016. *See id.* To date, Plaintiff has failed to comply.

The Court again **ORDERS** Plaintiff to file, no later than January 22, 2016, either a notice of appearance by newly-retained counsel or a notice that she intends to proceed in this matter *pro se*. **The failure to comply with this order will result in an order for Plaintiff to show cause why her cause should not be dismissed**.

IT IS SO ORDERED.

DATED: January 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge