REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
Attorneys for Defendant
OTIS ELEVATOR COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AISHA COOKS-PUTNAM, individually, <br><br> Plaintiff, <br><br> vs. <br><br> TRUMP LAS VEGAS CORP., a Nevada corporation d/b/a Trump International Hotel & Tower Las Vegas; TRUMP INTERNATIONAL HOTEL & TOWER LAS VEGAS UNIT OWNERS ASSOCIATION, a Nevada non-profit corporation; TRUMP RUFFIN TOWER I, LLC, a Delaware LLC d/b/a Trump International Hotel & Tower Las Vegas; TRUMP RUFFIN COMMERCIAL, LLC, a Delaware LLC d/b/a Trump International Hotel & Tower Las Vegas; OTIS ELEVATOR COMPANY, a New Jersey corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br> Defendants. | CASE NO. 2:15-cv-01166-GMN-NJK <br><br><br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

    IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through their respective counsel of record, that the above-entitled matter be dismissed, with prejudice, all parties to bear their own costs and attorney's fees.

/ / /

/ / /

/ / /

1     Trial has not been set and no motions are pending.

2     DATED this _20_ day of January, 2016.

3 Rogers, Mastrangelo, Carvalho & Mitchell      Lewis Brisbois Bisgaard & Smith, LLP

5 _____      _____
6 Rebecca L. Mastrangelo, Esq.      Josh Cole Aicklen, Esq.
Nevada Bar No. 005417      Nevada Bar No. 007254
7 300 South Fourth Street, #710      David Avakian, Esq.
Las Vegas, Nevada 89101      Nevada Bar No. 009502
8 Attorney for Defendant      6385 S. Rainbow Blvd., Suite 600
Otis Elevator Company      Las Vegas, Nevada 89118
     Attorneys for Trump Defendants

10 _____
11 Aisha Cooks-Putnam
4632 N. Kenmore Avenue, Unit 1
12 Chicago, IL 60640
Plaintiff in Proper Person

15                             IT IS SO ORDERED:

17                             _____
                            U.S. DISTRICT JUDGE
18                             DATED: _____

20 Submitted by:

21 Rogers, Mastrangelo, Carvalho & Mitchell

23 _____
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 005417
24 300 South Fourth Street, #710
Las Vegas, Nevada 89101
25 Attorney for Defendant
Otis Elevator Company

Trial has not been set and no motions are pending.

DATED this _____ day of January, 2016.

| Rogers, Mastrangelo, Carvalho & Mitchell | Lewis Brisbois Bisgaard & Smith, LLP |
|---|---|
| /s/ Rebecca L. Mastrangelo | /s/ Josh Cole Aicklen, Esq. |
| _____ | _____ |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 005417<br>300 South Fourth Street, #710<br>Las Vegas, Nevada 89101<br>Attorney for Defendant<br>Otis Elevator Company | Josh Cole Aicklen, Esq.<br>Nevada Bar No. 007254<br>David Avakian, Esq.<br>Nevada Bar No. 009502<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Trump Defendants |

_____
Aisha Cooks-Putnam
4632 N. Kenmore Avenue, Unit 1
Chicago, IL 60640
Plaintiff in Proper Person

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

DATED: _____

Submitted by:

Rogers, Mastrangelo, Carvalho & Mitchell

/s/ Rebecca L. Mastrangelo, Esq.
_____
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 005417
300 South Fourth Street, #710
Las Vegas, Nevada  89101
Attorney for Defendant
Otis Elevator Company

2