1  REBECCA L. MASTRANGELO, ESQ.
   Nevada Bar No. 5417
2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   300 South Fourth Street, Suite 710
3  Las Vegas, Nevada 89101
   Phone (702) 383-3400
4  Fax (702) 384-1460
   rmastrangelo@rmcmlaw.com
5  Attorneys for Defendant
   OTIS ELEVATOR COMPANY
6
                     UNITED STATES DISTRICT COURT
7
                          DISTRICT OF NEVADA
8

9

10 AISHA COOKS-PUTNAM, individually,          )
                                              )
11            Plaintiff,                      )  CASE NO. 2:15-cv-01166-GMN-NJK
                                              )
12 vs.                                        )
                                              )
13 TRUMP LAS VEGAS CORP., a Nevada            )
   corporation d/b/a Trump International Hotel & )
14 Tower Las Vegas; TRUMP INTERNATIONAL       )
   HOTEL & TOWER LAS VEGAS UNIT              )
15 OWNERS ASSOCIATION, a Nevada non-profit   )
   corporation; TRUMP RUFFIN TOWER I, LLC,   )  STIPULATION AND ORDER
16 a Delaware LLC d/b/a Trump International  )  FOR DISMISSAL WITH
   Hotel & Tower Las Vegas; TRUMP RUFFIN     )  PREJUDICE
17 COMMERCIAL, LLC, a Delaware LLC d/b/a     )
   Trump International Hotel & Tower Las Vegas; )
18 OTIS ELEVATOR COMPANY, a New Jersey       )
   corporation; DOES I through XX, inclusive; and )
19 ROE BUSINESS ENTITIES I through XX,       )
   inclusive,                                 )
20                                            )
              Defendants.                     )
21 _____)

22     IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through

23 their respective counsel of record, that the above-entitled matter be dismissed, with prejudice, all

24 parties to bear their own costs and attorney's fees.

25 / / /

26 / / /

27 / / /

28

1     Trial has not been set and no motions are pending.

2     DATED this _20_ day of January, 2016.

3   Rogers, Mastrangelo, Carvalho & Mitchell     Lewis Brisbois Bisgaard & Smith, LLP

5   _____     _____
6   Rebecca L. Mastrangelo, Esq.     Josh Cole Aicklen, Esq.
  Nevada Bar No. 005417     Nevada Bar No. 007254
  300 South Fourth Street, #710     David Avakian, Esq.
7   Las Vegas, Nevada 89101     Nevada Bar No. 009502
  Attorney for Defendant     6385 S. Rainbow Blvd., Suite 600
8   Otis Elevator Company     Las Vegas, Nevada 89118
    Attorneys for Trump Defendants

10   _____
11   Aisha Cooks-Putnam
  4632 N. Kenmore Avenue, Unit 1
12   Chicago, IL 60640
  Plaintiff in Proper Person

14

15                       IT IS SO ORDERED:

17                       _____
                      U.S. DISTRICT JUDGE
18                       DATED: _____

20   Submitted by:

21   Rogers, Mastrangelo, Carvalho & Mitchell

23   Rebecca L. Mastrangelo, Esq.
  Nevada Bar No. 005417
24   300 South Fourth Street, #710
  Las Vegas, Nevada 89101
25   Attorney for Defendant
  Otis Elevator Company

1  Trial has not been set and no motions are pending.

2  DATED this _____ day of January, 2016.

3  Rogers, Mastrangelo, Carvalho & Mitchell        Lewis Brisbois Bisgaard & Smith, LLP

4  /s/ Rebecca L. Mastrangelo        /s/ Josh Cole Aicklen, Esq.

5  _____        _____
Rebecca L. Mastrangelo, Esq.        Josh Cole Aicklen, Esq.
6  Nevada Bar No. 005417        Nevada Bar No. 007254
300 South Fourth Street, #710        David Avakian, Esq.
7  Las Vegas, Nevada 89101        Nevada Bar No. 009502
Attorney for Defendant        6385 S. Rainbow Blvd., Suite 600
8  Otis Elevator Company        Las Vegas, Nevada 89118
Attorneys for Trump Defendants

_____
11  Aisha Cooks-Putnam
4632 N. Kenmore Avenue, Unit 1
12  Chicago, IL 60640
Plaintiff in Proper Person

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

DATED: January 21, 2016

20  Submitted by:

21  Rogers, Mastrangelo, Carvalho & Mitchell

22  /s/ Rebecca L. Mastrangelo, Esq.

23  Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 005417
24  300 South Fourth Street, #710
Las Vegas, Nevada 89101
25  Attorney for Defendant
Otis Elevator Company

2